Scottlynn J Hubbard, SBN 212970
Khushpreet R. Mehton, SBN 276827
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: usdccentral@hubslaw.com

Attorneys for Plaintiff Martin Vogel

Michael J. Aguirre, SBN 60402
Maria C. Severson, SBN 173967
**Aguirre & Severson LLP**
501 West Broadway, Suite 1050
San Diego, CA 92101
Telephone: (619) 876-5364
Facsimile: (619) 876-5368
Email: maguirre@amslawyers.com
       mseverson@amslawyers.com

Attorneys for Defendant Sibling Associates,
a California General Partnership

United States District Court
Central District of California

| | |
|---|---|
| Martin Vogel,<br><br>    Plaintiff,<br><br>v.<br><br>Sibling Associates, a California General Partnership,<br><br>    Defendant. | Case No. SACV17-00031 JLS (KESx)<br><br>**Joint Stipulation for Dismissal** |

TO THE COURT AND ALL PARTIES:

Through this Joint Stipulation, plaintiff Martin Vogel and defendant Sibling Associates, A California General Partnership, hereby stipulate that the above-entitled action be dismissed with prejudice in its entirety as to all parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: August 11, 2017     Disabled Advocacy Group, APLC

*/s/ Scottlynn J Hubbard*
Scottlynn J Hubbard
Attorneys for Plaintiff Martin Vogel

Dated: August 11, 2017     Aguirre & Severson LLP

*/s/ Maria C. Severson*
Michael J. Aguirre
Maria C. Severson
Attorneys for Defendant Sibling Associates,
a California General Partnership

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Scottlynn J Hubbard, do attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Scottlynn J Hubbard*
Scottlynn J Hubbard